622 A.2d 1305

FRANK DAFLER AND THERESA DAFLER, HIS WIFE, PLAIN-
TIFFS–APPELLANTS, v. RAYMARK INDUSTRIES, INC.; GAF
CORPORATION; CELOTEX CORPORATION; H.K. PORTER
COMPANY; SOUTHERN TEXTILE CORPORATION; EAGLE–
PICHER INDUSTRIES, INC.; OWENS–ILLINOIS GLASS COM-
PANY; GARLOCK, INC., NICOLET, INC., AND JOHN DOE
CORPORATIONS ONE THROUGH TEN, DEFENDANTS, AND
KEENE CORPORATION, DEFENDANT–RESPONDENT.

Argued March 29, 1993—Decided April 15, 1993.

*Jonathan W. Miller* argued the cause for appellants (*Greit-
zer and Locks,* attorneys; *Mr. Miller, George C. Greatrex, Jr.*
and *James J. Pettit,* of counsel).

*Gita F. Rothschild* argued the cause for respondent (*McCar-
ter & English,* attorneys; *Andrew T. Berry,* of counsel; *Mr.
Berry* and *John C. Garde,* on the brief).

PER CURIAM.

We granted certification, 130 *N.J.* 601, 617 *A.*2d 1223 (1992),
to review so much of the judgment of the Appellate Division as
determined that the trial record contained sufficient evidence to
permit the jury to apportion damages between asbestos expo-
sure and cigarette smoking. See *Dafler v. Raymark Indus-
tries, Inc.,* 259 *N.J.Super.* 17, 35–36, 611 *A.*2d 136 (1992).

We affirm the judgment on the foregoing issue, substantially
for the reasons set forth in Judge King's opinion for the
Appellate Division.

*For affirmance*—Chief Justice WILENTZ and Justices
CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI
and STEIN—7.